ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: RobertMelcic@gmail.com
*Attorney for Plaintiff Nicholas Hansen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTRAIL ROBINSON, | Case No.:  2:21-cv-01646 -APG-BNW |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME TO FILE STIPULATED SCHEDULING ORDER (FIRST REQUEST)** |
| vs. | |
| CIRCA RESORTS LLC, a domestic corporation; BRENDAN CASTILLIO, Security Investigator for the CIRCA property; DOE BUSINESS ENTITIES 2 through 10; DOE INDIVIDUALS 2 through 50, inclusive, in their individual and official capacities, | |
| Defendants. | |

COMES NOW Plaintiff, Martrail Robinson, by and through his counsel, Robert S. Melcic, Esq., of the Law Office of Robert S. Melcic, and hereby moves for an enlargement of time in the above-referenced matter. This motion is brought with the following *Memorandum of Points and Authorities*, the papers and pleadings on file in this case, and any further briefing or oral argument requested from the Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Plaintiff is seeking a one (1) day extension of time within which to file the parties Stipulated Discovery Order.

**II.  RELEVANT PROCEDURAL HISTORY**

Plaintiff's counsel and Defendant's held the required scheduling conference on Wednesday

1

February 16th, 2022. Plaintiff's counsel was to draft the order and was unable to do so before today, February 18th, 2022 after the close of business and as a result is unable to get Defendant's counsel's permission to file the document.

### III. LEGAL ANALYSIS

Federal Rule of Civil Procedure 6(b)(1)(A) provides in pertinent part:

(b) EXTENDING TIME.

(1) *In General.* When an act may or must be done within a specified time the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

Fed. R. Civ. P. 6(b)(1)(A). Plaintiff seeks an extension pursuant to FRCP 6(b)(1)(A) to file the parties stipulated discovery order. Due to Plaintiff's counsel's schedule the document was not able to be circulated and approved in time for filing today. As a result Plaintiff's counsel is requesting a one (1) day extension to Monday, February 21st, 2022.

///
///
///
///
///
///
///
///
///
///
///
///
///

2

## IV. CONCLUSION

Based on the foregoing, Plaintiff respectfully requests the Court to grant an extension of time to file the Stipulated Scheduling Order.

Dated this 18th day of February 2022.          THE LAW OFFICES OF ROBERT S. MELCIC

/s/ Robert S. Melcic
ROBERT S. MELCIC
Nevada Bar No. 14923
4930 Mar Vista Way
Las Vegas, Nevada 89121
Phone: (702) 526-4235
Fax: (702) 386-1946
Email: RobertMelcic@gmail.com

### ORDER
**IT IS SO ORDERED**

**DATED:** 4:52 pm, February 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I caused to be served a copy of the foregoing *Motion for Extension of Time to File Stipulated Scheduling Order (First Request)*, by electronic filing through the Court's CM/ECF system, addressed to:

Kerry E. Kleiman, Esq.
3883 Howard Hughes Parkway
Suite 800
Las Vegas, Nevada 89169
(702) 550-4450
KKleiman@dickinson-wright.com

/s/Robert S. Melcic
ROBERT S. MELCIC
An employee of The Law Offices of Robert S. Melcic