ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
Phone: (702) 526-4235
Email: robertmelcic@gmail.com
*Attorney for Plaintiff, Martrail Robinson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTRAIL ROBINSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIRCA RESORTS LLC, a domestic corporation; BRENDAN CASTILLIO, Security Investigator for the CIRCA property; DOE BUSINESS ENTITIES 2 through 10; DOE INDIVIDUALS 2 through 50, inclusive, in their individual and official capacities,<br><br>                    Defendants. | Case No.: 2:21-cv-01646-ART-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF MARTRAIL ROBINSON TO RESPOND TO [15] MOTION TO QUASH SERVICE ON BRENDAN CASTILLIO** |

COMES NOW Plaintiff, MARTRAIL ROBINSON, by and through his counsel, Robert S. Melcic of the Law Office of Robert S. Melcic and Defendant BRENDAN CASTILLIO, by and through his counsel for limited purpose Cynthia Alexander and Kerry Kleiman of Dickinson Wright, attorneys for Defendant Circa Resorts, LLC, and hereby stipulate and request the Court to extend the deadline for the Plaintiff to respond to [ECF 15] Defendant's *Motion to Quash Service on Brendan Castillio*, by one week, from Tuesday, May 24, 2022 to Tuesday, May 31, 2022.

Counsel for the Plaintiff has requested this short extension due to the death of Plaintiff's counsel's mother earlier this month.

//

//

//

This stipulated extension is for good cause, and not for improper delay.

Dated this 24th day of May, 2022.

**THE LAW OFFICE OF ROBERT S. MELCIC**

By: */s/ Robert S. Melcic*
ROBERT S. MELCIC, ESQ.
Nevada Bar No. 14923
3315 E. Russell Rd.
Ste. A4-271
Las Vegas, NV 89120
*Attorney for Plaintiff, Martrail Robinson*

Dated this 24th day of May, 2022.

**DICKINSON WRIGHT PLLC**

By: */s/ Kerry E. Kleiman*
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
3883 Howard Hughes Parkway
Suite 800
Las Vegas, NV 89169
*Attorneys for Defendant, Circa Resorts, LLC*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 3:44 pm, May 25, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**