1  DICKINSON WRIGHT PLLC
   Cynthia L. Alexander, Esq.
2  Nevada Bar No. 6718
   Kerry E. Kleiman, Esq.
3  Nevada Bar No. 14071
4  3883 Howard Hughes Parkway, Suite 800
   Las Vegas, NV 89169
5  Tel: 702-550-4400
   Fax: 844-670-6009
6  Email:  CAlexander@dickinsonwright.com
   Email:  KKleiman@dickinsonwright.com
7  *Attorneys for Defendant, Circa Resorts, LLC*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  MARTRAIL ROBINSON,                    | Case No.:  2:21-cv-01646-ART-BNW

12                         Plaintiffs,
                                          | **STIPULATION AND ORDER TO**
13  vs.                                   | **EXTEND TIME TO FILE REPLY TO**
                                          | **PLAINTIFFS' RESPONSE TO MOTION**
14  CIRCA RESORTS LLC, a domestic         | **TO QUASH SERVICE ON BRENDAN**
    corporation; BRENDAN CASTILLIO,       | **CASTILLIO [ECF NO. 21]**
15  Security Investigator for the CIRCA property;
16  DOE BUSINESS ENTITIES 2 through 10;
    DOE INDIVIDUALS 2 through 50, inclusive, in
17  their individual and official capacities,

18                         Defendants.

19         COMES NOW the law firm of Dickinson Wright, PLLC, specially appearing on behalf

20  of Defendant Brendan Castillio ("Mr. Castillio") for the limited purpose of contesting service,

21  and Plaintiff Martrail Robinson, by and through his counsel the Law Office of Robert S. Melcic,

22  and hereby stipulate to and jointly request that the Court extend the deadline for Mr. Castillio to

23  file his Reply to Plaintiff's Response [ECF No. 21] to his underlying Motion to Quash Service

24  [ECF No. 15] for one week.

25         Mr. Castillio's Reply is currently due on Tuesday June 7, 2022. Through this stipulation,

26  the parties seek Court approval to extend this deadline up to and including June 14, 2022. This

27  extension is being requested due to unavoidable constraints on defense counsel's schedule at the

28  beginning of June.

                                          1

1       This stipulated extension is being sought for good cause and not for the purpose of delay.

2

3       DATED this 7th day of June, 2022.                DATED this 7th day of June, 2022.

4       **DICKINSON WRIGHT PLLC**                        **THE LAW OFFICE OF ROBERT S. MELCIC**

5

6        */s/ Kerry E. Kleiman*                            */s/ Robert S. Melcic*
        Cynthia L. Alexander, Esq.                        Robert S. Melcic, Esq.
7       Nevada Bar No. 6718                               Nevada Bar No. 14923
        Kerry E. Kleiman, Esq.                            3315 E. Russell Rd.
8       Nevada Bar No. 14071                              Ste. A4-271
        3883 Howard Hughes Parkway, Suite 800             Las Vegas, NV 89120
9       Las Vegas, NV 89169                               Tel: 702-526-4235
        Tel: 702-550-4400
10      *Attorneys for Defendant, Circa Resorts, LLC*    *Attorney for Plaintiff Martrail Robinson*

11

12

13

14                                        **ORDER**
                                          **IT IS SO ORDERED**
15
                                          **DATED:** 1:15 pm, June 08, 2022
16

17

18                                        **BRENDA WEKSLER**
                                          **UNITED STATES MAGISTRATE JUDGE**
19

20

21

22

23

24

25

26

27

28

                                              2